## CANADY v. MANN

No. 349PA92

Case below: 107 N.C.App. 252

Upon motion by plaintiffs to dismiss for failure to comply with the Rules of Appellate Procedure, the following order is entered: Defendant appellants shall have to and including 8 February 1993 within which to file a new brief which complies with the requirements of Rule 28 of the Rules of Appellate Procedure. If defendant appellants fail to file such a brief on a timely basis, it is the intent of the Court to allow plaintiff appellees' motion to dismiss. The costs for filing the current brief shall in any event be taxed against the defendant appellants. By order of the Court in Conference this the 17th day of January, 1993.

## HILL v. BECHTEL

No. 303PA92

Case below: 106 N.C.App. 675

Petition by defendants (Bechtel and Hamrick) for discretionary review pursuant to G.S. 7A-31 allowed 7 January 1993. Petition by defendant (Department of Human Resources) for discretionary review pursuant to G.S. 7A-31 allowed 7 January 1993.

## IN RE ESTATE OF McCANN

No. 408P92

Case below: 107 N.C.App. 762

Petition by Larry Dean McCann for discretionary review pursuant to G.S. 7A-31 denied 7 January 1993.

## IN RE WILL OF JARVIS

No. 310PA92

Case below: 107 N.C.App. 35

Petition by Kenneth R. Jarvis and James R. Jarvis for discretionary review pursuant to G.S. 7A-31 allowed 7 January 1993.